<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Oliver Wendell Booth, Sr.</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>Gloria Jean Booth</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   Nothern _____ District of Illinois _____<br>(State)</td></tr>
<tr><td>Case number</td><td>13-23384</td></tr>
</table>

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of creditor:**
DEUTSCHE BANK
NATIONAL TRUST COMPANY, AS
TRUSTEE FOR CARRINGTON
MORTGAGE LOAN TRUST SERIES 2005-
NC5 ASSET BACKED PASS-THROUGHCERTIFICATES

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:
6408

**Property address:** **4948 West Concord Place, Chicago, IL60639**

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check one:*

❋❋   Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition
default on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:                                                                                  $ _____

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one:*

Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the
Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     11/1/2014

❋❋   Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                          (a)  $17,891.69
b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b)  $ _____

c.  **Total**. Add lines a and b.                                     (c)  $ 17,891.69

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became      11/1/2014
due on:                                                          MM / DD / YYYY

Debtor 1 _____Oliver & Gloria Booth_____    Case number (*if known*) 13-23384
           First Name    Middle Name    Last Name

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

■ all payments received;
■ all fees, costs, escrow, and expenses assessed to the mortgage; and
■ all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

✖✖    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

Date   8/8/2016

Print     /s/ Jack Zaharopoulos_____    Title  **Attorney**
          First Name    Middle Name    Last Name

Company   Randall S. Miller & Associates, P.C._____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    120 N. LaSalle Street, Suite 1140, Chicago, IL 60602____
           Number    Street

Contact phone  ( 312)  239-3432_____    Email  jzaharopoulos@rsmalaw.com

Borrower: OLIVER WENDELL BOOTH SR
Loan #:
Filing Date: 6/5/2013
1st Post Petition Due Date: 7/1/2013

| | 10/01/15 | $603.25 |
|---|---|---|

| Transaction Date | Check No. | Amount Received | Amount Due | Overage/Shortage | Post-petition Due Date | Contractual Due Date | Post Petition Amount Applied | Credit to Debtor Suspense | Debit from Debtor Suspense | Debtor Suspense Balance | Credit to Trustee Suspense | Credit to Trustee Interest | Debit From Trustee Suspense | Trustee Suspense Balance | Late Fees/Other Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/28/13 | | $726.59 | 726.59 | $0.00 | | 04/01/13 | | | | $3.41 | | | | $0.00 | | |
| 10/17/13 | | $730.00 | 726.59 | $3.41 | | 05/01/13 | | $3.41 | | $3.41 | | | | $0.00 | | |
| 11/21/13 | | $730.00 | 726.59 | $3.41 | | 06/01/13 | | $3.41 | | $6.82 | | | | $0.00 | | |
| 01/13/14 | | $730.00 | 726.59 | $3.41 | | 07/01/13 | | $3.41 | | $10.23 | | | | $0.00 | | |
| 02/18/14 | | $748.00 | | $748.00 | | | | $748.00 | | $758.23 | | | | $0.00 | | |
| 03/25/14 | | $730.00 | 919.25 | -$189.25 | | 08/01/13 | | | $189.25 | $568.98 | | | | $0.00 | | |
| 09/02/14 | | $750.00 | 919.25 | -$169.25 | | 09/01/13 | | | $169.25 | $399.73 | | | | $0.00 | | |
| 10/06/14 | TT ck 1122404 | $170.41 | | $170.41 | | 10/01/13 | | | | $399.73 | $170.41 | | | $170.41 | | |
| 11/03/14 | | $900.00 | 919.25 | -$9.25 | | | | | $9.25 | $390.48 | | | | $170.41 | | |
| 11/04/14 | TT ck 1127691 | $281.43 | | $281.43 | | | | | | $390.48 | $281.43 | | | $451.84 | | |
| 12/01/14 | TT ck 1132675 | $281.43 | | $281.43 | | | | | | $390.48 | $281.43 | | | $733.27 | | |
| 01/06/15 | TT ck 1137447 | $281.43 | 919.25 | -$637.82 | | 11/01/13 | | | | $390.48 | | | $637.82 | $95.45 | | |
| 02/04/15 | TT ck 1143317 | $281.43 | | $281.43 | | | | | | $390.48 | $281.43 | | | $376.88 | | |
| 03/05/15 | TT ck 1147190 | $562.86 | 919.25 | -$356.39 | | 12/01/13 | | | | $390.48 | | | $356.39 | $20.49 | | |
| 04/02/15 | | $1,000.00 | 919.25 | $80.75 | | 01/01/14 | | $80.75 | | $471.23 | | | | $20.49 | | |
| 04/07/15 | TT ck 1152250 | $320.78 | | $320.78 | | | | | | $471.23 | $320.78 | | | $341.27 | | |
| 10/05/15 | | $1,000.00 | 919.25 | $80.75 | | 02/01/14 | | $80.75 | | $551.98 | | | | $341.27 | | |
| 10/05/15 | | $1,000.00 | 919.25 | -$919.25 | | 03/01/14 | $893.25 | | $551.98 | $0.00 | | | $341.27 | $0.00 | | |
| 10/12/16 | | $990.00 | 919.25 | $70.75 | | 04/01/14 | | $70.75 | | $70.75 | | | | $0.00 | | |
| 02/01/16 | | $1,000.00 | 919.25 | $80.75 | | 05/01/14 | | 80.75 | | $151.50 | | | | $0.00 | | |
| 02/29/16 | | $1,000.00 | 919.25 | $80.75 | | 06/01/14 | | 80.75 | | $232.25 | | | | $0.00 | | |
| 04/05/16 | | $1,000.00 | 919.25 | $80.75 | | 07/01/14 | | $80.75 | | $313.00 | | | | $0.00 | | |
| 05/02/16 | | $999.00 | 904.53 | $94.47 | | 08/01/14 | | $94.47 | | $407.47 | | | | $0.00 | | |
| 06/06/16 | | $1,000.00 | 904.53 | $95.47 | | 09/01/14 | | $95.47 | | $502.94 | | | | $0.00 | | |
| 07/05/16 | | $1,000.00 | 896.29 | $103.71 | | 10/01/14 | | $103.71 | | $606.65 | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 11/01/14 | | | 896.29 | ($289.64) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 12/01/14 | | | 896.29 | ($1,185.93) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 01/01/15 | | | 896.29 | ($2,082.22) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 02/01/15 | | | 896.29 | ($2,978.51) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 03/01/15 | | | 896.29 | ($3,874.80) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 04/01/15 | | | 896.29 | ($4,771.09) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 05/01/15 | | | 896.29 | ($5,667.38) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 06/01/15 | | | 896.29 | ($6,563.67) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 07/01/15 | | | 896.29 | ($7,459.96) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 08/01/15 | | | 896.29 | ($8,356.25) | | | | $0.00 | | |
| | | | 896.29 | -$896.29 | | 09/01/15 | | | 896.29 | ($9,252.54) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 10/01/15 | | | 803.25 | ($10,055.79) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 11/01/15 | | | 803.25 | ($10,859.04) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 12/01/15 | | | 803.25 | ($11,662.29) | | | | $0.00 | | |

Borrower: OLIVER WENDELL BOOTH SR
Loan #
Filing Date: 6/5/2013
1st Post Petition Due Date: 7/1/2013

10/01/15

$803.25

| Transaction Date | Check No. | Amount Received | Amount Due | Overage/Shortage | Post-petition Due Date | Contractual Due Date | Post Petition Amount Applied | Credit to Debtor Suspense | Debit from Debtor Suspense | Debtor Suspense Balance | Credit to Trustee Suspense | Credit to Trustee Interest | Debit From Trustee Suspense | Trustee Suspense Balance | Late Fees/Other Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 803.25 | -$803.25 | | 01/01/16 | | | 803.25 | ($12,465.54) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 02/01/16 | | | 803.25 | ($13,268.79) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 03/01/16 | | | 803.25 | ($14,072.04) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 04/01/16 | | | 803.25 | ($14,875.29) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 05/01/16 | | | 803.25 | ($15,678.54) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 06/01/16 | | | 803.25 | ($16,481.79) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 07/01/16 | | | 803.25 | ($17,285.04) | | | | $0.00 | | |
| | | | 803.25 | -$803.25 | | 08/01/16 | | | 803.25 | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |

Borrower: OLIVER WENDELL BOOTH SR
Loan #
Filing Date: 6/5/2013
1st Post Petition Due Date: 7/1/2013

| | 10/01/15 | | | $803.25 |
|---|---|---|---|---|

| Transaction Date | Check No. | Amount Received | Amount Due | Overage/Shortage | Post-petition Due Date | Contractual Due Date | Post Petition Amount Applied | Credit to Debtor Suspense | Debit from Debtor Suspense | Debtor Suspense Balance | Credit to Trustee Suspense | Credit to Trustee Interest | Debit From Trustee Suspense | Trustee Suspense Balance | Late Fees/Other Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | $0.00 | | | | | | ($18,088.29) | | | | $0.00 | | |
| | | | | | | | | | | ($18,088.29) | | | | | | |
| | | | | | | | | | | ($18,088.29) | | | | | | |
| | | | | | | | | | | ($18,088.29) | | | | | | |

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this

Date:      August 10, 2016

Trustee
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
**VIA ECF**

Debtor Attorney
Charles F. Kinzer
Andrew B. Nelson
55 E. Monroe Street, Suite 3400
Chicago, IL 60603
**VIA ECF**

Debtors
Oliver & Gloria Booth
4948 West Concord Place
Chicago, IL 60639
**VIA U.S. Mail**

/s/  Audrey Huskins
Audrey Huskins, Legal Assistant
Randall S. Miller & Associates
Attorney for Creditor
43252 Woodward Avenue,  #180
Bloomfield Hills, MI 48302
 248-335-9200